UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

CASE NO: 23-CV-000196

HOLLY HONS,

    Plaintiff,

v.

AMERICAN QUEEN STEAMBOAT
OPERATING COMPANY, LLC, and
VICTORY OPERATING COMPANY,
LLC, collectively d/b/a AMERICAN QUEEN
VOYAGES,

    Defendants.
_____/

# COMPLAINT

**COMES NOW**, Plaintiff, HOLLY HONS, by and through her undersigned attorney, and hereby files her Complaint against Defendants, AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, and VICTORY OPERATING COMPANY, LLC, collectively d/b/a AMERICAN QUEEN VOYAGES, and states:

1. This is an action for damages that exceed $75,000.00, exclusive of attorney's fees and costs.

2. Plaintiff, at all material times, was and is a resident of Apollo Beach, Hillsborough County, Florida, and is in all ways sui juris.

3. At all times material hereto, Defendant, AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, d/b/a AMERICAN QUEEN VOYAGES (hereinafter referred to as 'AMERICAN QUEEN') was a foreign corporation licensed to conduct business in the State of Indiana, and did conduct business in Indiana as AMERICAN

QUEEN VOYAGES, providing cruise ship voyages to paying passengers, and owned and/or operated a cruise ship known as the M/V *American Queen.*

4. At all times material hereto, Defendant, VICTORY OPERATING COMPANY, LLC, d/b/a AMERICAN QUEEN VOYAGES (hereinafter referred to as 'VICTORY') was a foreign corporation licensed to conduct business in the State of Indiana and did conduct business in Indiana as AMERICAN QUEEN VOYAGES, providing cruise ship voyages to paying passengers, and owned and/or operated a cruise ship known as the M/V *American Queen.*

5. Jurisdiction is proper in this Court under 28 U.S.C. §1333, which provides original jurisdiction to the United States District Courts exclusive of state courts of "any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they may be entitled", and pursuant to Article III, Section 2, of the U.S. Constitution.

6. Venue is proper in the Southern District of Indiana in that Defendant's principal place of business is in New Albany, Indiana, and this action is governed by a forum selection clause which provides that all suits will be brought in the United States District Court for The Southern District of Indiana, in New Albany.

7. Defendants have agreed, in writing, that jurisdiction and venue are proper in the Southern District of Indiana under the terms of the cruise ticket tendered by Defendant to Plaintiff and identified as Ticket Contract 05042022. A copy of said cruise ticket is in the possession of Defendants.

8. On or about December 22, 2023, Plaintiff, HOLLY HONS, was injured aboard Defendants' vessel during a cruise which originated in Memphis, Tennessee, and returned

to, New Orleans, Louisiana.

9. On or about December 22, 2023, Plaintiff, HOLLY HONS, was aboard the M/V *American Queen,* in an outdoor public walkway on deck four of the vessel.

10. At approximately 10:00 p.m., Plaintiff was utilizing the only public access walkway available to return to her stateroom, stateroom 456 (an outdoor port, aft, walkway on deck four).

11. At such time and place, the lighting was insufficient to allow Plaintiff to see that the deck had become icy/slippery on the deck of the at issue vessel.

12. While Plaintiff was attempting to traverse the deck to go to her stateroom, Plaintiff slipped and fell on the icy/slippery and unmarked decking, causing severe injuries to Plaintiff.

13. At the time of Plaintiff's incident, the icy/slippery walkway was poorly maintained, was poorly lighted, was poorly marked, and was otherwise a latent hazard to passengers, including Plaintiff, HOLLY HONS.

**COUNT I – NEGLIGENCE AS TO DEFENDANT, AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, d/b/a AMERICAN QUEEN VOYAGES**

14. Plaintiff, HOLLY HONS, incorporates by reference, and as if fully restated herein, the allegations contained in paragraphs 1 through 13 of this Complaint.

15. On or about December 22, 2023, Plaintiff, HOLLY HONS, was injured aboard Defendants' vessel, the M/V *American Queen,* during a cruise which originated in Memphis, Tennessee, and returned to, New Orleans, Louisiana.

16. At that time and place, Defendant, AMERICAN QUEEN, had a duty to paying passengers, including Plaintiff, HOLLY HONS, to maintain its vessel in a reasonably safe manner under the circumstances, including keeping its walkways maintained and free of any conditions that would present a hazard and risk of injury not reasonably known to its

passengers, but which Defendant knew or should have known existed in the exercise of reasonable care; Defendant's second duty to its passengers, and Plaintiff, was to warn of dangerous conditions about which Defendant, AMERICAN QUEEN, knew or should have known in the exercise of reasonable caution.

17. On or about December 22, 2023, Defendant, AMERICAN QUEEN, breached both its duties to Plaintiff, HOLLY HONS, by failing to use reasonable care under the circumstances in negligently failing to inspect and maintain the public walkway and the lighting of the public walkway, of the Defendant's vessel, the M/V *American Queen*.

18. Furthermore, Defendant gave no warning, directly or indirectly, to Plaintiff of the dangerous condition of its public walkway before Plaintiff fell while Plaintiff was attempting to return to her stateroom.

19. As a direct and proximate result of Defendant's negligent failure to maintain the public walkway, failure to maintain lighting of the public walkway, and failure to warn Plaintiff of the dangerous conditions about which Defendant knew or should have known, on or about December 22, 2023, Plaintiff, HOLLY HONS, severely injured her body, including suffering a severe fracture to her wrist/arm, resulting in surgery.

20. The aforementioned negligence of Defendant created a hazardous condition to its passengers, and to Plaintiff, and was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it, or that such slips and falls occur with such frequency on Defendant's public walkways, and upon other similar walkways aboard Defendant's vessels similarly situated, so as to provide prior notice to Defendant.

21. As a direct and proximate result of Defendant's negligence and Plaintiff's fall, Plaintiff, HOLLY HONS, suffered physical and mental pain and anguish, disability, loss of

capacity for the enjoyment of life, loss of earnings, loss of ability to earn in the future, and medical expenses. Said losses are either permanent or continuing in nature, and Plaintiff will suffer these in the future.

**WHEREFORE**, Plaintiff, HOLLY HONS, demands judgment for the stated damages, interest and costs against Defendant, AMERICAN QUEEN STEAMBOAT OPERATING COMPANY, LLC, d/b/a AMERICAN QUEEN VOYAGES, a trial by jury, and any such other relief to which Plaintiff may be justly entitled.

### COUNT II – NEGLIGENCE AS TO DEFENDANT, VICTORY OPERATING COMPANY, LLC, d/b/a AMERICAN QUEEN VOYAGES

22. Plaintiff, HOLLY HONS, incorporates by reference, and as if fully restated herein, the allegations contained in paragraphs 1 through 13 of this Complaint.

23. On or about December 22, 2023, Plaintiff, HOLLY HONS, was injured aboard Defendant's vessel, the M/V *American Queen,* during a cruise which originated in Memphis, Tennessee, and returned to, New Orleans, Louisiana.

24. At that time and place, Defendant, VICTORY, had a duty to paying passengers, including Plaintiff, HOLLY HONS, to maintain its vessel in a reasonably safe manner under the circumstances, including keeping its walkways maintained and free of any conditions that would present a hazard and risk of injury not reasonably known to its passengers, but which Defendant knew or should have known existed in the exercise of reasonable care; Defendant's second duty to its passengers, and Plaintiff, was to warn of dangerous conditions about which Defendant, VICTORY, knew or should have known in the exercise of reasonable caution.

25. On or about December 22, 2023, Defendant, VICTORY, breached both its duties to Plaintiff, HOLLY HONS, by failing to use reasonable care under the circumstances in

negligently failing to inspect and maintain the public walkway and the lighting of the public walkway, of the Defendant's vessel, the M/V *American Queen*.

26. Furthermore, Defendant gave no warning, directly or indirectly, to Plaintiff of the dangerous condition of its public walkway before Plaintiff fell while Plaintiff was attempting to return to her stateroom.

27. As a direct and proximate result of Defendant's negligent failure to maintain the public walkway, failure to maintain lighting of the public walkway, and failure to warn Plaintiff of the dangerous conditions about which Defendant knew or should have known, on or about December 22, 2023, Plaintiff, HOLLY HONS, severely injured her body, including suffering a severe fracture to her wrist/arm, resulting in surgery.

28. The aforementioned negligence of Defendant created a hazardous condition to its passengers, and to Plaintiff, and was known to Defendant or had existed for a sufficient length of time so that Defendant should have known of it, or that such slips and falls occur with such frequency on Defendant's public walkways, and upon other similar walkways aboard Defendant's vessels similarly situated, so as to provide prior notice to Defendant.

29. As a direct and proximate result of Defendant's negligence and Plaintiff's fall, Plaintiff, HOLLY HONS, suffered physical and mental pain and anguish, disability, loss of capacity for the enjoyment of life, loss of earnings, loss of ability to earn in the future, and medical expenses. Said losses are either permanent or continuing in nature, and Plaintiff will suffer these in the future.

**WHEREFORE**, Plaintiff, HOLLY HONS, demands judgment for the stated damages, interest and costs against Defendant, VICTORY OPERATING COMPANY, LLC, d/b/a VICTORY VOYAGES, a trial by jury, and any such other relief to which Plaintiff may be justly entitled.

Respectfully submitted this 7th day of December 2023.

                                          **SWATARA LAW GROUP, PLLC**

                                          /s/ *Kelly Ann L. May, Esq.*
Kelly Ann L. May, Esquire
4700 Millenia Blvd., Suite 500
Orlando, FL 32839
Telephone (352) 246-3244
Florida Bar No. 59286
kelly@swataralawgroup.com
ray@swataralawgroup.com
Attorneys for Plaintiffs